IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLEDAD RICHARDS, et al, *Plaintiffs*, v. EDUCATION WORKS INC., *Defendant.* | CIVIL ACTION NO. 23-2809 |

## ORDER

**AND NOW**, this 30th day of June, 2025, upon consideration of Defendant Education Works Inc.'s June 6 Letter and Plaintiffs Soledad Richards and Kenya Baldwin's Report in Response (ECF 17) it is hereby **ORDERED** that:

1. The **stay is lifted**.
2. The action is **DISMISSED without prejudice.**
3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.